ERIC GRANT
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Social Security Administration
MARLA K. LETELLIER, CA 234969
Special Assistant United States Attorney
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4814
    E-Mail: Marla.Letellier@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN DIOSDADO,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:25-cv-00964-SKO<br><br>**STIPULATION AND UNOPPOSED MOTION FOR AN EXTENSION OF TIME; ORDER**<br><br>(Doc. 13) |

    Pending the Court's approval, the time for Defendant to file her Motion for Summary Judgment is extended thirty-five (35) days from December 1, 2025, up to and including January 5, 2026. This is the Defendant's first request for an extension on the deadline to file his Motion for Summary Judgment.

    After being recently assigned this case, Counsel for Defendant respectfully requests this extension in order to adequately evaluate the issues presented. Counsel requests a 35-day extension due to the backlog of work created by the extended lapse in appropriations as well as planned leave during Thanksgiving and Christmas. Defendant appreciates Plaintiff's counsel's professional courtesy and apologizes to the Court for the inconvenience.

    Accordingly, the parties hereby stipulate that Defendant's Motion for Summary Judgment be due on January 5, 2025. The parties further stipulate that the Court's Scheduling Order shall

be modified accordingly.

                                                              Respectfully submitted,

Dated: November 21, 2025            ERIC GRANT
                                         United States Attorney

                                  By   /s/ *Marla K. Letellier*
                                         MARLA K. LETELLIER
                                         Special Assistant U.S. Attorney

                                         Attorneys for Defendant

Dated: November 21, 2025            LAW OFFICES OF LAWRENCE D. ROHLFING

                                By   /s/ *Steven Rosales*\*
                                         (\*as authorized via e-mail on November 21, 2025)
                                         STEVEN ROSALES
                                         Attorney for Plaintiff

## **ORDER**

Pursuant to the parties' stipulation and unopposed motion, (Doc. 13), and for good cause shown, see Fed. R. Civ. P. 16(b)(4), IT IS ORDERED that Defendant shall have an extension, up to and including January 5, 2026, to respond to Plaintiff's Motion for Summary Judgment. Plaintiff's optional reply shall be due within 14 days after the filing of the Commissioner's Cross-Motion.

IT IS SO ORDERED.

Dated:  **November 24, 2025**                /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28