Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff
Karen Diosdado

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN DIOSDADO, <br><br> Plaintiff, <br><br> vs. <br><br> FRANK BISIGNANO, <br> Commissioner of Social Security, <br><br> Defendant. | ) Case No.: 1:25-cv-00964-SKO (SS) <br> ) <br> ) <br> ) STIPULATION AND UNOPPOSED <br> ) MOTION FOR THE AWARD AND <br> ) PAYMENT OF ATTORNEY FEES <br> ) AND EXPENSES PURSUANT TO <br> ) THE EQUAL ACCESS TO JUSTICE <br> ) ACT, 28 U.S.C. § 2412(d) AND <br> ) COSTS PURSUANT TO 28 U.S.C. §§ <br> ) 1920; 2412; ORDER <br> ) <br> (Doc. 20) |

TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Karen Diosdado ("Diosdado") be awarded attorney fees and expenses in the amount of EIGHT THOUSAND SIX HUNDRED dollars ($8,600.00) under the Equal Access to

-1-

Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. §§ 1920; 2412. These amounts represent compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412.

After the Court issues an order for EAJA fees to Diosdado, the government will consider the matter of Diosdado's assignment of EAJA fees to Steven G. Rosales. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Diosdado, but if the Department of the Treasury determines that Diosdado does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, Inc., CPC, pursuant to the assignment executed by Diosdado.[1] Any payments may be made by check or electronic fund transfer (EFT) and shall be delivered to the Law offices of Lawrence D. Rohlfing, Inc.

This stipulation constitutes a compromise settlement of Diosdado's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Diosdado

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

and/or Steven G. Rosales including Law Offices of Lawrence D. Rohlfing, Inc., CPC may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Steven G. Rosales and/or the Law Offices of Lawrence D. Rohlfing, Inc., CPC to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: March 23, 2026          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/  *Steven G. Rosales*[2]

BY: _____
Steven G. Rosales
Attorney for plaintiff Karen Diosdado


DATED: March 23, 2026          ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration


/s/ *Oscar Gonzalez De Llano*

_____
OSCAR GONZALEZ DE LLANO
Special Assistant United States Attorney
Attorneys for Defendant
FRANK BISIGNANO, Commissioner of Social Security (Per e-mail authorization)

---

[2] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**ORDER**

In view of the parties' foregoing stipulation and unopposed motion (Doc. 20), **IT IS ORDERED** that Plaintiff Karen Diosdado is awarded attorney fees and expenses in the amount of EIGHT THOUSAND SIX HUNDRED dollars ($8,600.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. §§ 1920; 2412 pursuant to the terms of the stipulation.

IT IS SO ORDERED.

Dated:   **April 10, 2026**                    /s/ *Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE

-4-